```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION


CRIMINAL NO. 10-50060-001        USA V. RIGOBERTO CHAVEZ-CUEVAS

COURT PERSONNEL:                 APPEARANCES:

Judge: JIMM LARRY HENDREN        Govt. CLAY FOWLKES

Clerk: GAIL GARNER               Deft. JANET SPENCER

Reporter: THERESA SAWYER         Int: MARIA ABDIN, STANDBY
```

### SENTENCING MINUTE SHEET

On this date the above-named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Counsel for defendant withdraws objections to PSR in open court.
- (X) Presentence investigation report reviewed in open court.
- (X) Government moves for downward departure pursuant to 5K1.1 - granted by court and 2 level reduction awarded.
- (X) Court expresses final approval of plea agreement.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Court proceeded to impose sentence as follows:

    192 months imprisonment; 5 years supervised release; $40,000.00 fine - interest waived.

Criminal No. 10-50060-001

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant ordered to pay total special assessment of $100.00, for Ct. 1, which shall be due immediately.
- (X) Count 9 and forfeiture allegation dismissed on motion by the government.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Appeal packet provided.
- (X) Defendant remanded to the custody of the USMS.

DATE: JANUARY 19, 2011          Proceeding began: 4:31 pm
                                              ended: 5:20 pm